COLLINE M. GERNERT *v.* NANCY EMERY ET AL., EXECUTRICES (ESTATE OF WALTER R. VOLLHARDT)
(6841)

SPALLONE, STOUGHTON and NORCOTT, Js.

Argued December 7—decision released December 14, 1988

*Brian J. Farrell,* for the appellant (plaintiff).
*Patrice S. Noah,* for the appellees (defendants).

PER CURIAM. There is no error.